# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** MAGISTRATE JUDGE AZRACK  **DATE:** 03/27/13
USA v. Thaqi et al                                           11-CR-486 (DLI)

**DEFENDANT'S NAME:** Lester Zaborski
_X_ present  __ not present  __ custody  _X_ bail

**DEFENSE COUNSEL:** John Kaley
_X_ present  ___ not present  ___ CJA  __ RET  __ PDA

**AUSA:** Steven Tiscione       **LAW CLERK:** Michelle Minarcik

**INTERPRETER:** N/A       **Language:** _____

**FTR:** Tape # 2:20:35–2:41:40

_X_ CASE CALLED

_X_ DEFENDANT:  _X_ SWORN  _X_ INFORMED OF RIGHTS

___ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT

___ INFORMATION FILED

___ DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED

_X_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO LESSER INCLUDED OF COUNT 3 OF THE SUPERCEDING INDICTMENT

_X_ COURT FINDS FACTUAL BASIS FOR THE PLEA

___ SENTENCING SET FOR: **To be set by Judge Irizarry**

___ SENTENCING TO BE SET BY PROBATION

_X_ BAIL:  __ SET  _X_ CONT'D FOR DEFT.  ___ CONT'D IN CUSTODY

_X_ TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.