U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Lester Zaborski | | |
| Presiding Judge: | Date of Hearing: | Type of Hearing: |
| Dora L. Irizarry | October 10, 2013 | Sentencing |
| Docket Number: | Date of Initial Appearance: | Date of Release: |
| 11 CR 486 | July 13, 2011 | August 23, 2011 |

### SUMMARY OF RELEASE INFORMATION:

This defendant was released by United States Magistrate Judge Cheryl L. Pollak on August 23, 2011 on a $300,000 cosigned and secured bond with the following additional release conditions: travel restricted to the Eastern and Southern Districts of New York; surrender all passports and do not re-apply; subject to random home visits by Pretrial Services; report as directed to Pretrial Services; subject to home detention with location monitoring with time outs for court appearances, attorney meetings, and medical emergencies.

### COMPLIANCE WITH RELEASE CONDITIONS:

This defendant has been in compliance with his release conditions and has not been the subject of any violations.

### UPDATED SOCIAL INFORMATION:

This defendant continues to reside at 1461 Mayflower Avenue, Bronx, New York 10461. He is also working as a coaches' assistant at Aaron Davis Boxing and Fitness, located at 644 Morris Park Avenue, Bronx, New York. There has been no significant change in his mental or physical health since the time of the initial Pretrial Services bail report.

### VERIFICATION OF COMMUNITY TIES:

The last office visit was September 3, 2013 and the last home visit was August 7, 2013. The defendant has been providing residence and employment verification as directed by Pretrial Services.

### ADJUSTMENT TO SUPERVISION:

This defendant successfully adjusted to supervision and no significant issues were identified during the supervision period. The defendant also successfully completed intensive outpatient treatment at St. Barnabas Hospital Chemical Dependence Outpatient Services, where he attended treatment from October 5, 2011 to March 13, 2013. All of his drug test results at Pretrial Services were negative.

### CRIMINAL RECORD CHECK:

A criminal record check conducted on October 1, 2013 revealed no new arrests, criminal activity, or warrants for this defendant since the time of the initial Pretrial Services bail report.

### REASSESSMENT OF RISKS:

Pretrial Services has not identified any additional risks of danger or flight other than those identified in the initial Pretrial Services bail report.

### CONDITIONS TO CONSIDER AT SENTENCING:

Should Your Honor sentence the defendant to a period of incarceration, Pretrial Services feels he can be given a voluntary surrender date based on his above-noted compliance.

### REQUEST TO MODIFY CONDITIONS OF RELEASE:

There is no request to modify bail conditions at this time.

### COMMENTS:

Submitted by:

Michael Ilaria
U.S. Pretrial Services Officer

Approved by:

Ignace Sanon-Jules
Supervising U.S. Pretrial Services Officer

Date:   October 3, 2013